IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VASILIOS D. KIRITSIS et al., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-23-1877 |
| STEWART TITLE GUARANTY CO., | * | |
| Defendant. | * | |

***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of February, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that Stewart Title Guaranty Company's Motion to Dismiss (ECF No. 7) is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs Vasilios D. Kiritsis and Jennifer L. Kiritsis's Cross-Motion for Partial Summary Judgment (ECF No. 8) is DENIED;

IT IS FURTHER ORDERED that the Complaint (ECF No. 5) is DISMISSED;

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order and the foregoing Memorandum Opinion to Plaintiffs and to counsel of record.

/s/
George L. Russell, III
United States District Judge